# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1559
LT Case No. 2018-CF-2054-A

_____

JOSEPH A. CRENSHAW,

　　Appellant,

　　v.

STATE OF FLORIDA,

　　Appellee.

_____

3.850 appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Joseph A. Crenshaw, Lowell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.


November 21, 2023


PER CURIAM.

　　AFFIRMED.


WALLIS, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____